

**IN THE**
**TENTH COURT OF APPEALS**

**No. 10-13-00105-CR**

**STANLEY WAYNE ROBERTSON,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 85th District Court**
**Brazos County, Texas**
**Trial Court No. 10-04337-CRF-85**

**O R D E R**

Appellant's Motion to Obtain Complete Electronic Copy of Record on Appeal was filed on March 18, 2014.

Appellant contends in the motion that the trial court has denied permission to reproduce the record and disseminate the record outside appellant's counsel's office. The Court has no copy of a motion, a hearing, if any, or an order on this issue from the trial court.

Further, to the extent this motion could relate to the clerk's record, which is unclear from the motion, all but one order sealing records were based on motions filed by appellant and were to preserve the attorney-client privilege and work product of appellant's counsel. The Court needs clarification as to whether appellant and his trial counsel are waiving the attorney-client privilege and work product of counsel protected in the sealing orders by requesting that copies of those sealed items be included in the publicly available appellate record.

Accordingly, appellant's motion is denied without prejudice of refiling same subject to the above mentioned clarifications.


PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion denied
Order issued and filed April 3, 2014